# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-cr-00782 |
| Plaintiff, ) | |
| ) | **ORDER ON CHRISTOPHER M. CHOATE'S NOTICE OF APPEARANCE WITH MOTION TO APPEAR *PRO HAC VICE* AND MOTION TO WAIVE REQUIREMENT OF LOCAL COUNSEL** |
| v. ) | |
| HIRAM DAMWIJK, ) | |
| Defendant. ) | |

Counsel's Notice of Appearance With Motion to Appear *Pro Hac Vice*, and Motion to Waive Requirement of Local Counsel is GRANTED. It is therefore

ORDERED that the need for local counsel to facilitate the conduct of litigation is unnecessary, and that Christopher M. Choate be admitted *pro hac vice* for the purposes of representing Hiram Damwijk in all matters concerning the above-referenced case.

SIGNED on this 9th day of January 2008.

_____
Honorable George H. Wu
United States District Judge

Presented By:

/s/ Douglas C. McNabb
Douglas C. McNabb
Attorney for Defendant

-1-